## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3188

Deborah Laufer,
    Plaintiff,
v.

J & Z Properties, LLC,
    Defendant(s).

_____

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE
_____

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:
*/s/Suzette M. Marteny Moore*
Of Counsel, Thomas Bacon PA
2690 S. Combee Road
Lakeland, FL 33803
Tel: 863-229-2140
S.Moore@SMooreLaw.com
Eservice@SMooreLaw.com

FOR THE DEFENDANT:
*Michael J. Davis*
Michael J. Davis
Davis Law Group LLC
2255 Sheridan Boulevard St. C 272
Edgewater, CO 80214
(720)368-5262
mdavislaw@mjdavislaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this February 18, 2021.

    */s/Suzette M. Marteny Moore*
    **Suzette M. Marteny Moore**
    Of Counsel, Thomas Bacon PA
    2690 S. Combee Road
    Lakeland, Florida 33803
    (863) 229-2140 (T)
    S.Moore@SMooreLaw.com
    Eservice@SMooreLaw.com
    *Attorneys for Plaintiff*